■ In the Matter of DANIEL PETRALE, Appellant, v EDWARD V. REGAN, as Comptroller of the State of New York, Respondent.—Appeal from a judgment of the Supreme Court (Klein, J.), entered December 10, 1987 in Albany County, which denied petitioner's application, in a proceeding pursuant to CPLR article 78, to review respondent's determination denying petitioner accidental disability retirement benefits.

Judgment affirmed, without costs, upon the opinion of Justice Aaron E. Klein. Casey, J. P., Mikoll, Yesawich, Jr., Mercure and Harvey, JJ., concur.